FILED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN M. MCGEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL BICKEL, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 07-1943 |

## ORDER

It is hereby

**ORDERED** that plaintiff's motion for appointment of counsel pursuant to Local Rule 83.11 is **DENIED**.

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/25/08